**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHESTER COUNTY TAX<br>CLAIM BUREAU | : | CIVIL ACTION |
| | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION | : | |
| | : | NO.  02-4075 |
| | : | |
|     Defendant | : | |

## **O R D E R**

AND NOW, this    day of August, 2002, upon consideration of Defendant's Motion to Dismiss, it is hereby ORDERED that Defendant's Motion is GRANTED.  Defendant claims that Plaintiff has failed to state a claim for which relief can be granted because federal law exempts Defendant from payment of said delinquent tax liabilities.  Based on Defendant's Motion, accompanying Brief, and Plaintiff's failure to respond to said Motion, the Court concludes that Defendant is correct.  Accordingly, Plaintiff's Complaint is DISMISSED and the Clerk is ORDERED to mark this case as CLOSED.

AND IT IS SO ORDERED.

                                            _____
                                            Clarence C. Newcomer, S.J.